UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRAINLIFE LLC d/b/a BRAIN FUEL,<br><br>    Plaintiff,<br><br>    v.<br><br>BEEKEEPER'S NATURALS INC., et al.,<br><br>    Defendants. | Case No. 3:24-cv-01389-JPG |

### **MEMORANDUM AND ORDER**

This matter comes before the Court on a motion to substitute counsel, (Doc. 130), and a notice of voluntary dismissal, without prejudice. (Doc. 131). The plaintiff filed their motion and notice on September 18, 2024. Being duly advised in the premises having fully considered the issues and arguments raised, the Court **GRANTS** the motion. Accordingly, **Thomas F. Crosby, III**, Esq. of Winters Law LLC is hereby **substituted** as attorney of record for the plaintiff, Brainlife LLC, in place of **Patrick Jones**, Esq. of Aegis Law. Patrick Jones's representation of the Plaintiff is hereby **TERMINATED**.

Under Rule 41 of the Federal Rules of Civil Procedure, a plaintiff may unilaterally dismiss an action without leave of court if the opposing party or parties have not served an answer to the complaint nor filed a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Such dismissals are self-effectuating and immediately remove the case from a court's consideration. *Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011). *Kurz v. Fid. Mgmt. & Research Co.*, 2007 U.S. Dist. LEXIS 74267, *7-8 (S.D. Ill. 2007) (citing *Szabo Food Serv. v. Canteen Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987)). Unless stated otherwise, such dismissals are without prejudice.

1

While there have been multiple motions to dismiss, (Docs. 97, 106, 121, 124, 126), as of yet, none of the defendants have filed an answer, nor moved for summary judgment. Therefore, the Court **FINDS** the Notice of Dismissal, (Doc. 131), **valid**. Consequently, the Court finds that this case has been **DISMISSED without prejudice**; the Court **FINDS** all pending motions in this case **MOOT** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

IT IS SO ORDERED.

DATED:  September 26, 2024

*s/ J. Phil Gilbert*_____
**J. PHIL GILBERT**
**DISTRICT JUDGE**