# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRAINLIFE LLC d/b/a BRAIN FUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-01389 |
| | ) |
| BEEKEEPER'S NATURALS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court, having received a valid notice of dismissal;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:** September 26, 2024

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
        Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE